**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERNATIONAL OUTSOURCING SERVICES, LLC** <br> **Plaintiff** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | ) | **Case No. 08-70C** <br> **(Judge Hewitt)** |

**REPLY TO COUNTERCLAIM**

Plaintiff, by its undersigned attorneys, hereby submits its Reply to Defendant United States' April 14, 2008 Counterclaim as follows:

1. Admits paragraph 1.

2. Admits paragraph 2 makes reference to certain language of the contract cited, which is the best evidence of its contents.

3. Admits paragraph 3 makes reference to certain language of the contract cited, which is the best evidence of its contents.

4. Admits paragraph 4 makes reference to certain language of the contract cited, which is the best evidence of its contents.

5. Admits paragraph 5 makes reference to certain language of the contract cited, which is the best evidence of its contents.

6. Admits paragraph 6 makes reference to certain language of the contract cited, which is the best evidence of its contents.

7. Denies the first and sentences of paragraph 7, and otherwise denies that IOS' deductions or notices to Defendant were ever improper. Admits the second, third, and fourth sentences of paragraph 7 to the extent that IOS provided to AAFES a reason code, an explanation of that code, and an interpretation of their meaning regarding the coupons at issue in this case. These sentences otherwise are denied.

8. IOS is without knowledge or information sufficient to form a belief as to the truth of paragraph 8 and therefore denies.

9. Deny the first sentence of paragraph 9. The clause preceding the words "final payment," in the second sentence of paragraph 9 is argument and therefore does not require a response, otherwise denies.

10. Denies paragraph 10.

11. Denies paragraph 11. Responding further, Plaintiff admits to an AAFES letter of February 1, 2007 purporting to constitute a final decision, and containing a figure, such figure being contradicted by multiple other determinations by AAFES.

Dated: May 2, 2008

Respectfully submitted,

/s/ David T. Hickey

DAVID T. HICKEY
**GREENBERG TRAURIG, LLP**

2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Tel: (202) 331-3159
Fax: (202) 261-0182