# In the United States Court of Federal Claims

No. 08-70 C

(E-Filed: June 25, 2008)

INTERNATIONAL OUTSOURCING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court will hold a telephonic status conference (TSC) with the parties on Monday, June 30, 2008 at 10:00 a.m. Eastern Daylight Time to discuss the parties' Joint Preliminary Status Report, filed June 20, 2008. A Sprint operator will initiate the telephone call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge