# In the United States Court of Federal Claims

No. 08-70 C

(E-Filed: June 30, 2008)

INTERNATIONAL OUTSOURCING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court held a telephonic status conference (TSC) with the parties on Monday, June 30, 2008 at 10:00 a.m. Eastern Daylight Time to discuss the parties' Joint Preliminary Status Report, filed June 20, 2008. Pursuant to the TSC, the court sets forth the following briefing schedule:

1. On or before Friday, August 22, 2008, defendant shall file its dispositive motion on liability.

2. On or before Friday, October 3, 2008, plaintiff shall file its response to defendant's motion.

3. On or before Friday, November 7, 2008, defendant shall file its reply to plaintiff's responsive briefing.

In addition, discovery may be conducted in accordance with the Rules of the United States Court of Federal Claims (RCFC). A schedule for completing discovery, if necessary, will be established in the light of the outcome of the motion practice.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge