DIVISION :
ASSOC # :

PAYMENT DENIAL REGISTER
WEEK ENDING 05/11/04

PAGE : 15
DATE : 05/11/04
TIME : 12:10

STORE # 397112 HOLLOMAN AFMCSS 3971124400
CRN # 3911 S. WALTON WALKER BLVD
DALLAS, TX 75236

| NUMBER | DATE | I.D. | REASON | | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUN |
|---|---|---|---|---|---|---|---|---|---|---|
| MASTER FOODS USA | | | - *Miscellaneous Vendor | | | | | | | |
| 00384850 | 04/12/04 | NCH | 0500 THE PHYSICAL APPEARANCE IS SUSPECT | CPAPR | 82.61 | 142 | | | 88.91 | 142 |

TOTAL DEBITS : 82.61
TOTAL CREDITS:
NET AMOUNT : 82.61

***** Unable to deduct from miscellaneous vendors

.IVISION :
ASSOC # :

PAYMENT DENIAL REGISTER
WEEK ENDING 05/11/04

PAGE : 10
DATE : 05/11/04
TIME : 12:10

STORE #
CRN #

AAFES HQTR-3730410260
ATTN: SHREE CONNELL
DALLAS,, TX 75236

| NUMBER | DATE | I.D. | REASON | | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUN |
|---|---|---|---|---|---|---|---|---|---|---|
| BISSELL INC - DT1 | | | - *Miscellaneous Vendor | | | | | | | |
| 00386972 | 04/21/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 2.16 | 2 | | | | |
| FREEZER QUEEN FDS - DT1 | | | - *Miscellaneous Vendor | | | | | | | |
| 00388537 | 04/24/04 | CMS | 1100 STORE DOES NOT STOCK PRODUCT | NOPRD | .63 | 1 | | | | |
| GILLETTE - DT1 | | | - *Miscellaneous Vendor | | | | | | | |
| 00388428 | 04/24/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 10.14 | 8 | | | | |
| JOHNSON & JOHNSON/McNEIL - DT1 | | | - *Miscellaneous Vendor | | | | | | | |
| 00387060 | 04/21/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 50.04 | 48 | | | | |
| 00387868 | 04/23/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 56.16 | 52 | | | | |
| 00388113 | 04/23/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 25.39 | 23 | | | | |
| 00388496 | 04/24/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 69.43 | 66 | | | | |
| METRO GOLDWIN-MAYER - DT3 | | | - *Miscellaneous Vendor | | | | | | | |
| 00383401 | 04/07/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 4.16 | 2 | | | 22.05 | |
| NESTLE PURINA PET CARE | | | - *Miscellaneous Vendor | | | | | | | |
| 00385757 | 04/15/04 | CMS | 1600 CLAIMED FACE VAL. EXCEEDS MAX ALLOWED | FVERR | .27 | | | | 90.84 | |
| 00386184 | 04/16/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | .76 | 2 | | | 79.45 | |
| PEPSI - DT3 | | | - *Miscellaneous Vendor | | | | | | | |
| 00383225 | 04/07/04 | CMS | 0500 THE PHYSICAL APPEARANCE IS SUSPECT | CPAPR | 294.84 | 273 | | | 340.39 | 2 |
| PERFETTI/VAN MELLE INC - DT1 | | | - *Miscellaneous Vendor | | | | | | | |
| 00387779 | 04/23/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 1.89 | 3 | | | | |
| PHILLIP MORRIS U.S.A. | | | - *Miscellaneous Vendor | | | | | | | |
| 00386895 | 04/20/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 19.12 | 14 | | | 199.67 | |
| 00386951 | 04/21/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 20.40 | 5 | | | 6141.04 | 17 |
| 00386956 | 04/21/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 8.16 | 2 | | | 3810.99 | 9 |
| 00387171 | 04/21/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 12.24 | 3 | | | 460.07 | 1 |
| 00387171 | 04/21/04 | CMS | 2300 HELD FOR REVIEW | HREVW | 44.88 | 11 | | | 460.07 | 1 |
| 00387267 | 04/22/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 27.14 | 9 | | | 483.47 | 1 |
| 00387503 | 04/22/04 | CMS | 2300 HELD FOR REVIEW | HREVW | 57.12 | 14 | | | 119.06 | |
| 00387673 | 04/23/04 | CMS | 2300 HELD FOR REVIEW | HREVW | 12.24 | 3 | | | 1113.71 | 2 |
| 00387978 | 04/23/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 2.41 | 2 | | | 456.86 | 1 |
| 00388175 | 04/23/04 | CMS | 2300 HELD FOR REVIEW | HREVW | 22.56 | 7 | | | 1680.35 | 5 |
| QUAKER OATS CO | | | - *Miscellaneous Vendor | | | | | | | |
| 00383696 | 04/08/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 29.00 | 50 | | | 30.82 | |
| 00384756 | 04/12/04 | CMS | 0700 EXPIRED COUPONS | EXPIR | 6.38 | 11 | | | 22.90 | |
| 00386282 | 04/16/04 | CMS | 0800 ABNORMAL COUPON MIX | ABMIX | 596.82 | 1029 | | | 608.78 | 10 |

***** Unable to deduct from miscellaneous vendors