# In the United States Court of Federal Claims

No. 08-70 C

(E-Filed: August 18, 2008)

| | |
|---|---|
| INTERNATIONAL OUTSOURCING SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court will hold a telephonic status conference (TSC) with the parties on Monday, August 18, 2008 at 1:30 p.m. Eastern Daylight Time to discuss Defendant's Motion to Stay Pending the Resolution of Criminal Proceedings or, in the Alternative, to Cancel Summary Judgment Briefing Schedule. A Sprint operator will initiate the telephone call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge