# In the United States Court of Federal Claims

No. 08-70 C

(E-Filed: August 18, 2008)

INTERNATIONAL OUTSOURCING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to Stay Pending the Resolution of Criminal Proceedings or, in the Alternative, to Cancel Summary Judgment Briefing Schedule (defendant's Motion to Stay and defendant's Motion to Cancel Summary Judgment Briefing Schedule). The court held a telephonic status conference (TSC) with the parties on Monday, August 18, 2008 at 1:30 p.m. Eastern Daylight Time to discuss defendant's Motion to Stay and defendant's Motion to Cancel Summary Judgment Briefing Schedule. Further to the court's discussion with the parties in the TSC, Defendant's Motion to Stay is DENIED without prejudice and defendant's Motion to Cancel Summary Judgment Briefing Schedule is DENIED. The court's scheduling order of June 30, 2008 remains in effect. See Order of June 30, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge