ARMY & AIR FORCE EXCHANGE SERVICE

# SOLICITATION/PROPOSAL/AWARD

(MERCHANDISE, SUPPLIES, EQUIPMENT, AND/OR SERVICES)

| ISSUING OFFICE | CONTRACTING OFFICER | |
|---|---|---|
| Army Air Force Exchange Service<br>Attn: Lorraine Temple (PZ-S)<br>2727 LBJ Freeway<br>Dallas, TX 75234 | LORRAINE TEMPLE | |
| | TELEPHONE NUMBER<br>972-277-7131 | CONTRACT CONTROL NO. (If Applicable) |
| | ITEMS/SERVICE<br>Coupon Redemption Services | |

## SOLICITATION FOR PROPOSALS

| DATE ISSUED | SOLICITATION NUMBER |
|---|---|
| 6 NOV 00 | AAFES-PZS-97-010-00-019 |

Proposals are solicited for merchandise, supplies, equipment or services described in this solicitation. Written proposals must be received at the issuing office by 2:00 o'clock P m, local time 1 Dec 2000

## PROPOSAL *(To Be Completed By Offeror)*

The offeror agrees, if awarded all or part of the items and/or services solicited, to furnish them according to the price(s)/fee(s), terms and conditions contained in the solicitation and proposal. This proposal will be valid for ________ calendar days (60 calendar days unless a different period is entered by offeror) after the date for receipt of proposals established above.

OFFEROR REPRESENTS *(Check appropriate boxes)*

1. That it ☐ is ☐ is not a manufacturer or producer of; ☒ is ☐ is not a regular dealer in; the items provided *(Commodity contracts only)*.
   or
2. That it ☒ is ☐ is not engaged in furnishing of services of the type called for herein *(Service contracts only)*.
3. That it operates as an ☐ Individual ☒ Partnership ☐ Corporation, incorporated in the State or Country of ________________.
4. That it ☐ is ☒ is not a small business.
5. That it ☐ is ☒ is not a minority business enterprise. *(See definition of page 2)**
6. That it ☐ is ☒ is not a women-owned business. *(See definition of page 2)**
7. That an owner or officer of the firm or the firm or a related firm ☐ has ☒ has not been convicted of a felony related to a business transaction.
8. That an owner or officer of the firm or the firm or a related firm ☐ has ☒ has not been suspended or debarred.
9. That the information provided is full, accurate and complete. For breach of this warranty, AAFES may terminate for default any contract resulting from this solicitation and all other AAFES contracts.

**Check a block for all contracts to be performed in the United State, its possessions and Puerto Rico.*

| FULL NAME AND BUSINESS ADDRESS OF OFFEROR (STREET, CITY, STATE & ZIP CODE OR COUNTRY) | | TELEPHONE NUMBER/FAX NUMBER/EMAIL ADDRESS | |
|---|---|---|---|
| International Data LLC<br>501 So. Madison<br>Bloomington, IN 47403 | | 812 339 1813<br>812 339 8384 | |
| | | SIGNATURE OF PERSON AUTHORIZED TO SIGN PROPOSAL<br>Howard R McKay | DATE<br>11-29-2000 |
| TIN: | DUNS: | TYPED OR PRINTED NAME AND TITLE<br>Howard R McKay Account Executive | |

## ACCEPTANCE AND AWARD *(To Be Completed By AAFES)*

CONTRACT AWARDED FOR FOLLOWING:

ALL.

| CONTRACT NO. | AMOUNT: | DATE OF AWARD |
|---|---|---|
| HQ 00-PZS-096 | ☒ ESTIMATED ☐ ACTUAL $ 1,125,180.00 | 12 Dec 2000 |
| SIGNATURE<br>Lorraine Temple | (TYPED NAME)<br>LORRAINE TEMPLE<br>CONTRACTING OFFICER<br>ARMY & AIR FORCE EXCHANGE SERVICE | |

AAFES FORM 4450-2E (REV JAN 98) (Prev Edition Usable)

INSTRUCTIONS TO OFFERORS AND
CONDITIONS OF PROPOSAL/AWARD
(Merchandise, Supplies, Equipment and/or Services)

1. CONTENTS OF SOLICITATION/CONTRACT:

This solicitation and any resulting contract consists of AAFES FORM 4450-2, Solicitation/Proposal/Award Merchandise, Supplies, Equipment and/or Services), pages 1 thru 4, and the following listed Schedule and Exhibits.

| | | | |
|---|---|---|---|
| [X] Schedule, Solicitation No. AAFES-PZS-97-010-00-109 | ,page(s) 1 | through 5 | . |
| [X] Exhibit A, General Provisions | ,page(s) 1 | through 7 | . |
| [X] Exhibit B, Labor Provisions | ,page(s) 1 | through 9 | . |
| [X] Exhibit C, Scope of Service | ,page(s) 1 | through 3 | . |
| [X] Exhibit D, Fee Schedule and Evaluation Criteria | ,page(s) 1 | through 1 | . |
| [X] Exhibit E, Insurance Requirements | ,page(s) 1 | through 1 | . |
| [X] Exhibit F, Notice in Lieu of Wage Determination | ,page(s) 1 | through 1 | . |
| [X] Exhibit G, Locations | ,page(s) 1 | through 1 | . |
| [ ] Exhibit | ,page(s) | through | . |
| [ ] Exhibit | ,page(s) | through | . |
| [ ] Exhibit | ,page(s) | through | . |
| [ ] Exhibit | ,page(s) | through | . |
| [ ] Exhibit | ,page(s) | through | . |
| [ ] Exhibit | ,page(s) | through | . |

2. SUBMISSION OF PROPOSALS:

a. Offerors have been provided one complete copy of the solicitation as identified above, and two proposal packages. Each proposal package consists of AAFES FORM 4450-2, Solicitation/Proposal/Award pages 1 thru 4, and the schedule or exhibits listed below. Also, for service contracts, a Financial and Technical Capability Data Sheet (AAFES FORM 4400-46) and a Projected Operating Statement are included if checked below.

[√] Financial and Technical Capability Data sheet, if checked. [ ] Operating Statement, if checked.

| | | | |
|---|---|---|---|
| [ ] Schedule | ,page(s) | through | . |
| [X] Exhibit D | ,page(s) 1 | through 1 | . |
| [ ] Exhibit | ,page(s) | through | . |
| [ ] Exhibit | ,page(s) | through | . |

b. To make a proposal, complete, sign and return two proposal packages.

3. DEFINITIONS:

a. The term "minority business" means a business concern (1) which is at least 51 per cent owned by minority group members; or, in the case of any publicly owned business, at least 51 per cent of the stock of which is owned by one or more minority group members, and (2) whose management and daily business operations are controlled by one or more such minority group members. For purposes of this definition, minority group members include Black Americans, Hispanic Americans, Asian-Pacific Americans, Asian-Indian Americans, and Native Americans (such as American Indians, Eskimos, Aleuts and native Hawaiians).

b. The term "women-owned business" means that is at least 51 per cent owned by a women or women who also control and operate it. "Control" in this context means exercising the power to make policy decisions. "Operate" in this context means being actively involved in the day-to-day management.

4. PROPOSAL PREPARATION:

a. You are encouraged to contact the contracting officer if you have a question concerning this solicitation. Information about the solicitation furnished any prospective offeror will be furnished all prospective offerors.

b. Furnished all information required by the solicitation on the forms provided. Failure to do so may result in the proposal being considered nonresponsive and excluded from consideration for award.

c. Erasures or changes must be initialed by the person signing the proposal.

d. The person signing the proposal must have authority to obligate the firm contractually.

e. Unless otherwise authorized by the solicitation, any alteration to the terms and conditions contained in the solicitation may render offeror's proposal nonresponsive.

5. <u>SUBMISSION</u> - Proposals and modifications, if any, must be sent in a sealed envelope addressed to the issuing office with the offer's name (for identification only) and the solicitation number on the front. Telegraphic proposals will NOT be considered unless authorized in the solicitation; however, proposals may be modified by telegraphic notice provided it is received before the time and date set for receipt of proposals.

6. <u>LATE PROPOSALS</u> - AAFES reserves the right to consider proposals or modifications received late, but before award is made, should such action be to AAFES advantage.

7. <u>WITHDRAWAL</u> - Proposals may be withdrawn by written notice or telegram received at any time prior to award.

8. <u>NO PROPOSAL</u> - If you don't submit a proposal, DO NOT return the solicitation or proposal packages unless instructed to elsewhere in the solicitation. However, please send us a letter or postcard telling us if you're interested in receiving future solicitations for this type of items or services.

9. <u>ELIGIBILITY OF PROPOSED CONTRACTOR(S):</u>

a. Proposals for merchandise, supplies or equipment will not be considered for award unless submitted by manufacturers or producers of, prime sources, or regular dealers, in the items required.

b. Proposals for services will not be considered unless submitted by persons or firms who, currently or within the preceding six (6) years, have successfully owned, operated, or managed in a full time capacity, for over twelve consecutive months, a business identical or having similar technical and operational characteristics as the service solicited. The phrase operated or managed means the offeror has/had a direct involvement in the day-to-day operation of the business to include responsibility for employment, supervision, scheduling production/services, payroll, and purchasing. The monthly sales volume of the offeror's business must equal or exceed the estimated monthly sales of the proposed concession activity. AAFES reserves the right to waive all or part of the qualification requirements in the event it is determined to be in AAFES' best interests.

c. Proposals will not be considered if submitted by brokers, active duty military personnel or U.S. Government employees. This prohibition includes immediate family members of these personnel residing in the same household, unless approved before award of contract.

d. The offeror must have adequate resources to perform the resulting contract and, upon request, furnish proof of same to the contracting officer. The contracting officer may request a financial statement, a cost breakdown, a projected operating statement, or other data from any offeror. Failure to furnish the data requested within the time specified may cause a firm to be determined nonresponsible. AAFES further reserves the right to determine the responsibility of the offerors based on factors including but not limited to the offeror's financial resources, business capacity, performance record, integrity, management/business acumen, technical ability and facilities/equipment.

10. <u>DISCOUNTS</u> (Not applicable to procurements of edible meat, meat food products, dairy products, edible fats or oils, or concession services.) - Prompt payment discounts will be included in the evaluation of proposals provided the period of the offered discount is 20 days or more. Even if not evaluated for award, all discount terms offered will become a part of any resulting contract.

11. <u>ACCEPTANCE AND AWARD</u>

a. AAFES reserves the right to reject any or all proposals, to waive or correct informalities and minor irregularities in proposals received, and to conduct further negotiations with any or all offerors.

b. Unless otherwise stated in the solicitation (and in the absence of any express limitation made by the offeror), AAFES may accept all or any part of any proposal, without further negotiations. Proposals should therefore contain the offeror's most favorable terms. Any further negotiations undertaken will not constitute a rejection or counteroffer on the part of AAFES.

c. When quantities for merchandise, supplies or equipment stated in the solicitation are estimated, AAFES reserves the right to make an award on any item for the quantity less than the quantity proposed at the unit price offered unless the offeror's proposal specifies otherwise.

d. AAFES plans to award a contract to the responsive, responsible offeror whose proposal is best for AAFES, price/fee and other factors set out in the solicitation considered. AAFES reserves the right to accept other than the lowest proposal, and to make multiple awards unless otherwise provided in the Schedule.

e. Contracting Officer will award the contract by completing the "ACCEPTANCE AND AWARD" block on page 1, signing the contract, obtaining any approvals required by AAFES directives, and mailing or otherwise furnishing the successful offeror a copy of the completed contract within the time allowed for acceptance of the offeror.

12. INCONSISTENCIES - In the event of an inconsistency between the provisions of this solicitation, the inconsistency will be resolved by giving precedence in the following order: (a) the Schedule; (b) Instructions to Offerors and Conditions of Proposals/Awards; (c) General Provisions; (d) Other provisions of the contract whether incorporated by reference or otherwise; (e) the Specifications; and (f) the Drawings.

13. CERTIFICATE OF INDEPENDENT PROPOSAL DETERMINATION - Offeror certifies that this proposal or any change thereto is made without consultation, communication, or agreement, for the purpose of restricting competition or manipulating awards, and this proposal has not been disclosed and will not be disclosed prior to award.

14. PROPRIETARY INFORMATION - AAFES will not be bound by any language in any offer purporting to limit AAFES' right to use or disclose any offer or any part of an offer because of proprietary information in it, unless the contracting officer specifically agrees in writing to such limitations.

15. TAXPAYER IDENTIFYING NUMBER (TIN) - The 9-digit TIN is an identifier required of all individuals and businesses that file tax returns in the United States. For individuals eligible for a social security number (SSN), the SSN assigned by the Social Security Administration serves as the TIN. For resident or non-resident aliens ineligible for a SSN, the individual taxpayer identification number (ITIN) assigned by the IRS serves as the TIN. The Employer Identification Number (EIN) assigned by the IRS serves as the TIN for businesses and entities other than individuals. Failure to provide the TIN may result in a proposal being found nonresponsive and not further considered for award.

# SCHEDULE

1. **General**: Proposals are solicited to establish a contract for the sorting, handling, invoicing and redemption of merchandising coupons via Electronic Data Interchange (EDI) for the Army and Air Force Exchange Service (AAFES) as set forth in Exhibit C, Scope of Services.

2. **Contents:** This contract consists of Negotiated Contract (AAFES Form 4450-32), this Schedule and the below listed exhibits:

   a. Exhibit A, General Provisions, Contract for Service, 7 pages.

   b. Exhibit B, Labor Provisions with SCA, 9 pages.

   c. Exhibit C, Scope of Service, 3 pages.

   d. Exhibit D, Fee Schedule, 1 page.

   e. Exhibit E, Insurance Requirements, 1 page.

   f. Exhibit F, Notice in Lieu of Wage Determination, 1 page.

   g. Exhibit G, Locations, 1 page.

3. **Contract Period**: The contract will be for a two year period, unless terminated or extended according to the contract General Provisions, with services starting on 16 December 2000 or the date of award, whichever is later. No representation that this contract will be extended beyond its original period is binding on AAFES unless in writing signed by the contractor and contracting officer. In no event will the contract be extended beyond an accumulated period of five (5) years from the date established for commencement of service.

4. **Taxes**: Contractor assumes complete and sole liability for all federal, state and local taxes applicable to the property, income and transactions of the contractor.

5. **Fees**: Offeror will enter their proposal in Exhibit D, Fee Schedule and Evaluation Criteria.

6. **Insurance**: Contractor will maintain in full force and effect during the period of the contract the insurance set forth in Exhibit E, Insurance Requirements.

7. **Contractor Liability**: Contractor will have full liability for the AAFES owned merchandise coupons while said coupons are in the care, custody, or control of contractor. Contractor agrees to reimburse AAFES in full for any physical loss or damage to the aforementioned coupons while in the care, custody or control of contractor.

8. **Personnel**: The contractor will provide a sufficient number of qualified personnel for the efficient performance of this contract.

9. **Price Revisions**: The prices established in this contract and in any subsequent renewal will remain firm for the period of contract or period of renewal unless the parties hereto mutually agree to a price adjustment in which event the adjustment will become effective only on the effective date specified in a written amendment to the contract. Any request by contractor for adjustment must be made in writing to the contracting officer. Such request must provide sufficient factual information and data to substantiate the proposed revision, including clear and definite identification of existing cost factors which could not be identified at time of entering into contract or renewal. Any price adjustment under this provision is subject to negotiation and mutual agreement of the parties and the accomplishment of a finalized written amendment to the contract. The contractor has no unilateral right to a price adjustment.

10. **Award**: Award of contract will be according to the Evaluation and Acceptance and Award paragraphs of Solicitation/Proposal/Award (Merchandise, Supplies, Equipment and/or Services), AAFES Form 4450-2. Evaluation for award will be in accordance with paragraph 2, Exhibit D.

11. **Invoicing and Payment**:

**a. Invoicing Instructions**

(1) In order to be considered proper invoices for purposes of the Prompt Payment Act, invoices must be submitted as follows:

(a) Consultant must prepare a separate numbered invoice for each service period or at contract completion as established in paragraph 6 above. DO NOT CONSOLIDATE BILLING FOR MORE THAN ONE SERVICE PERIOD ON ONE INVOICE. Do not duplicate an invoice number used in prior billings.

(b) Except as specifically set out in the contract or purchase order the invoice must be submitted to:

HQ Army and Air Force Exchange Service
P. O. Box 660202
Dallas, TX 75266-0202

(2) Invoices must be issued by the company whose name is on the contract/order (unless otherwise authorized by contracting officer) and must contain the following minimum information to enable timely payment:

(a) Name of contractor.

(b) Invoice date. This cannot be a date prior to completion of service(s) required by the contract or purchase/delivery order. In the event that the invoice date is a date prior to completion of service(s) required, AAFES retains the right either to return the improper invoice to the contractor for correction or to change the invoice date to be the date after completion of the required service(s). In the event that an improper invoice is returned to the contractor because the date on the invoice is prior to completion of required service(s) or because the invoice is improper for any other reason, the invoice date, for purposes of prompt payment discounts, will be considered to be the date of receipt of the corrected, proper invoice.

(c) Purchase Order number.

(d) Military installation location(s)/building numbers.

(e) Service description of and date(s) of service.

(f) Contract services line item cost and total.

(g) Discount terms, including prompt payment discount, and special allowance(s) if included in the contract. Prompt payment discount, and special allowances must be shown on the invoice using percentage figures only. **DO NOT DEDUCT ANY OF THESE FROM THE SERVICE COST OR FROM THE INVOICE TOTAL.**

(h) Name, title and phone number of Consultant's contact person.

(i) Complete "remit to" mailing address on the invoice to indicate where payment is to be sent. This address must be the same address as on the contract unless changed in accordance with paragraph b.(8) below.

(3) Correcting invoices must be marked as such and must cross-reference the corrected invoice.

**b. Payment**

(1) A proper invoice is an invoice which contains all of the information/documentation specified in paragraph a.(2) above, and is sent to the address specified in the contract or purchase/delivery order for the designated AAFES paying office. Improper invoices may be returned without payment to the contractor.

(2) The net payment date for AAFES contracts is established at 30 days after receipt of a proper invoice. Discounts for prompt payment, if included in the contract, will be applied as follows:

(a) If the contract or purchase order specified a prompt payment discount period of less than 30 days, the discount will be taken if payment can be made within the stated period otherwise the net payment will be due 30 days after receipt of a proper invoice.

(b) If the contract or purchase order specifies a prompt payment discount period of 30 days or more, the discount will be taken if payment can be made within the stated period otherwise the net payment will be due 30 days after the prompt payment discount period ends.

(c) If the contract fails to specify any prompt pay discount, then net payment will be due 30 days after receipt of a proper invoice.

(3) An invoice is considered to be received on the later of the following dates:

EITHER the date a proper invoice is actually received by the designated AAFES receiving office if AAFES annotates the invoice with the date of receipt at the time of receipt OR the date of the invoice if the designated AAFES receiving office receives a proper invoice but fails to annotate the invoice with the date of receipt at the time of receipt.

(4) In the event that a prompt payment discount, or other special discounts or allowances specified on contractor's invoice are better than that specified in the contract or purchase order, AAFES may take the more favorable discounts and/or allowances.

(5) For the purpose of determining whether payment is timely made by AAFES, a "day" is counted for each calendar day. When payments fall due on Saturday, Sunday or legal Federal holidays, payments made the following business day will not incur late payment interest penalties.

(6) A discount for prompt payment can be taken by AAFES if the discounted payment is made within the discount period specified. The prompt payment discount period begins to run on the date of the invoice. Computation of the period for prompt payment discounts begins with the date of invoice; computation for net payment begins with receipt of a proper invoice.

(7) Payment is made on:

(a) the date a check for payment is dated.

(b) the date an electronic fund transfer is received, regardless of the date the financial institution posts the transfer.

(c) the date a withholding authorized by the contract is initiated by AAFES.

(8) Payment will be made by mailing a check to the address shown on the contract, unless the Consultant provided a different "remit to" address to the contracting officer at the time the terms were negotiated or the contract was issued.

(a) If an contractor wishes to change the address (e.g., street, P.O. box, city/state) to which payment should be sent or wishes its payments to also reflect a factor's name and be sent to the factor's address the request must be in writing, signed by a responsible official of the Consultant, and submitted to the contracting officer. All such requests must clearly establish which division or subsidiary of a corporation such changes apply to and the address which is superseded by the changes. These changes will become effective on the date determined by AAFES, normally 30 days after approval. Changes will be done on an accommodation basis only, with the understanding that no legal obligation is imposed on AAFES for failure to make payment to the new payee/address.

(b) Any request by the contractor to change the name shown on the contract or to delegate its obligation under the contract must be sent to the contracting officer.

(9) Any questions or inquiries concerning invoice payments should be directed to the AAFES paying office designated on the contract. AAFES does not maintain separate ledger balances for each Consultant. Consequently, any inquiry concerning unpaid invoices or other payment discrepancies must include the following data:

| Unpaid Invoice | Other Payment Discrepancies |
|---|---|
| AAFES Contract No. | AAFES Contract No. |
| Invoice No. | Invoice No. |
| Date of Invoice | AAFES Charge/Credit Voucher No. |
| Invoice Amount | AAFES Check No. |
| Date of Service | |

(10) Any interest penalties due to Consultant will be computed in accordance with the Prompt Payment Act, 31 U.S.C. 3901-3906, as amended.

//////////////////////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////

2727 LBJ Freeway
Dallas, Texas 75234

12 Dec 2000

PZ-S

International Data
Attn: Howard McKay
501 S. Madison
Bloomington, IN 47403

Dear Mr. McKay,

Enclosed is your copy of Contract No. HQ 00-PZS-096. The effective date is the later of, the date of my signature awarding the contract or the date shown in the Schedule paragraph titled contract Period. No agreement or understanding to modify this contract will be binding upon the Army and Air Force Exchange Service (AAFES) unless in writing and signed by an AAFES contracting officer.

Please do not hesitate to contact me if I can be of any assistance.

Sincerely,

Lorraine Temple

LORRAINE TEMPLE
Contracting Officer
Tel: 972-277-7131

Enclosure
As stated

# EXHIBIT A
## GENERAL PROVISIONS
## Contract for Services
## (Oct 98)

1. AUTHORITY TO BIND (JAN 94).

2. LEGAL STATUS (AUG 92).

3. PROCUREMENT INTEGRITY (AUG 92).

4. ORAL REPRESENTATIONS (JAN 94).

5. MODIFICATIONS AND ADDITIONS (JUN 94).

6. SUBCONTRACTING (JUN 94).

7. ASSIGNMENT - SERVICES (DEC 97).

8. TERMINATION (JUN 94).

9. PERMITS, LICENSES AND APPLICABLE LAWS (JAN 94).

10. INDEMNIFY AND HOLD HARMLESS (MAY 89).

11. DISPUTES (FEB 95).

12. NON-WAIVER OF DEFAULTS (MAY 89).

13. ADVERTISEMENTS (MAY 89).

14. EXAMINATION OF RECORDS (MAR 94).

15. CONTRACTOR PERSONNEL AND REPRESENTATIVES (JAN 94).

16. ENVIRONMENTAL PROTECTION (MAR 94).

17. CONTRACTOR LIABILITY - SERVICES (MAR 94).

18. DRUG-FREE WORKPLACE (AUG 92).

19. RESTRICTIONS ON PURCHASES OF FOREIGN GOODS (AUG 95).

20. YEAR 2000 COMPLIANT (APR 98).

21. PAYMENT BY ELECTRONIC FUNDS TRANSFER (OCT 98).

GENERAL PROVISIONS
**Contract for Services**

1. **AUTHORITY TO BIND (JAN 94).**

a. "Contracting Officer" means a person authorized by the Commander, AAFES to execute and administer contracts, purchase orders, or other agreements on behalf of AAFES. Only contracting officers may waive or change contract terms; impose additional contract requirements; issue cure, show-cause and termination notices; issue claims against contractors, and issue final decisions on contractor claims.

b. Other AAFES and government officials may be authorized by the contracting officer to perform actions of an administrative nature, forwarding requests for contract changes to the contracting officer; collecting contract payments, and processing routine documents. These officials are not contracting officers, as defined in a. above.

c. AAFES has no obligation to recognize or accept waivers or changes to this contract that result from the actions of officials other than the contracting officer. Claims based on such actions may be denied. Questions concerning the authority of other AAFES or government officials should be referred to the contracting officer.

2. **LEGAL STATUS (AUG 92).** The Army and Air Force Exchange Service, including its activities, offices, individual exchanges and overseas exchange systems, is an integral part of the Departments of the Army and Air Force and is a nonappropriated fund instrumentality of the United States Government. AAFES contracts are United States contracts; however, they do not obligate appropriated funds of the United States except for a judgment or a compromise settlement in suits brought under the provisions of the Contract Disputes Act (41 USC 601-613), in which event AAFES will reimburse the United States Government (31 USC 1304[c]). (Note: AAFES procurement policy is established by the Department of Defense and the Army and Air Force in DoD Directive 4105.67, AR 60-10/AFR 147-7, and AR 60-20/AFR 147-14. The Armed Services Procurement Act and Federal Acquisition Regulation do not apply to AAFES due to its status as a nonappropriated fund instrumentality).

3. **PROCUREMENT INTEGRITY (AUG 92).**

a. By submission of an offer or performance of this contract, the offeror or contractor certifies with respect to this AAFES purchase action:

(1) that no discussion, offer or promise of future employment or business opportunity has been or will be made to AAFES civilian or military personnel who participated personally and substantially in the purchase action;

(2) that no offer, promise or gift of any gratuity, entertainment, money, or other thing of value has been or will be made to any AAFES civilian or military personnel or any other employee of the United States Government or member of their family or household;

(3) that no information proprietary to other offerors or other purchasing information (listing of offerors, prices offered, technical evaluations or rankings, etc.) has been or will be sought, obtained or given to any person not authorized by the contracting officer, until it would be available to the public under AAFES procedures.

(4) that no person or selling agency has been employed or retained to secure this contract upon an agreement or understanding for a commission, percentage, brokerage or contingent fee except bona fide employees or bona fide established commercial selling agencies retained by the contractor for the purpose of securing business.

b. Contractor certifies that no gratuities (entertainment, gifts, money, kickbacks or other things of value) were or will be solicited or accepted by the contractor, or any person representing the contractor, from any subcontractor or person representing the subcontractor, for the purpose of obtaining or rewarding favorable treatment in connection with this contract or any subcontract under it.

c. Contractor will report in writing to the Director, Loss Prevention Division, any possible violation of this clause when the contractor has reasonable grounds to believe a violation may have occurred. The contractor shall cooperate fully with any federal agency investigation of a possible violation of this clause.

d. For breach of any of these certifications, AAFES may terminate this contract for default and/or deduct from amounts due under this or other contracts, or charge contractor for, the total value of any contingent fee, gratuity or kickback or other loss to AAFES arising out of the breach.

4. **ORAL REPRESENTATIONS (JAN 94).** This contract represents the entire agreement of the parties. Any changes or amendments thereto may not be recognized by AAFES unless committed to writing and incorporated by reference into the contract by the contracting officer.

5. **MODIFICATIONS AND ADDITIONS (JUN 94).** Except as otherwise specifically provided in this contract, all changes, modifications, additions or deletions to this contract must be prepared in writing as formal amendments signed by both parties and approved in accordance with provisions of applicable regulations.

6. **SUBCONTRACTING (JUN 94).** Contractor shall not subcontract any part of the work to be performed without the prior written consent of the contracting officer. Any subcontractor used in connection with this contract is the agent of the contractor and not the agent of AAFES.

7. **ASSIGNMENT - SERVICES (DEC 97).** The Assignment of Claims Acts, 31 U.S.C. 3727 and 41 U.S.C. 15, are not applicable to amounts due under AAFES contracts. Contractor may not assign its rights or delegate its obligations under this contract, and AAFES will neither consent to, nor recognize, any purported assignment. Contractor may request permission from the contracting officer to have contract payments forwarded to a third party.

8. **TERMINATION (JUN 94).** Relative to termination of this contract, it is mutually agreed:

a. This contract may be terminated in whole or in part by either party immediately upon written notice to the other party in the event of breach of this contract by the other party.

b. This contract may be terminated in whole or in part by either party upon thirty (30) days notice (ninety (90) days for vending contracts) in writing to the other party.

c. This contract is automatically terminated upon the dispatch of written notice to contractor in the event the exchange is inactivated or the installation at which the exchange is located is inactivated. If this contract covers services to be performed at various exchanges or installations and only one or more of the exchanges or installations is inactivated, then only that portion of the contract being performed at the inactivated exchange or installation is terminated.

9. **PERMITS, LICENSES AND APPLICABLE LAWS (JAN 94).** Contractor warrants that all necessary permits and licenses have been obtained and that the merchandise, services, supplies, and/or equipment provided under this contract are in compliance with applicable laws.

10. **INDEMNIFY AND HOLD HARMLESS (MAY 89).**

a. Contractor will indemnify, hold harmless and defend AAFES and all other agencies and Instrumentalities of the United States, their agents, representatives, employees and customers from any and

all suits, judgments and claims, including those established by or pursuant to court decisions, to international agreements, or duly promulgated regulations of the United States Government, and all charges and expenses incident thereto which arise out of any of the following:

(1) The alleged or established violation or infringement of any patent, copyright or trademark rights asserted by any third party with regard to items or services provided by contractor;

(2) Loss, damage, or injury alleged or established to have arisen out of or in connection with items or services provided by contractor, unless such loss, damage, or injury was caused by or resulted solely from the acts or omissions of AAFES, its agents, representatives, or employees;

(3) Any loss, damage, or injury alleged or established to have arisen out of or in connection with any other acts or omissions of the contractor.

b. AAFES will give contractor notice and an opportunity to defend.

11. DISPUTES (FEB 95).

a. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

b. "Claim" as used in this clause means a written demand or written assertion by one of the contracting parties seeking the payment of money in a sum certain or other relief arising under or relating to this contract. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Contract Disputes Act.

c. A claim by the contractor shall be made in writing and submitted to the contracting officer for a written decision. A claim by AAFES against the contractor shall be made by a written decision by the contracting officer.

d. For contractor claims exceeding $100,000, the contractor shall submit with the claim a signed certification that:

(1) The claim is made in good faith;

(2) Supporting data are accurate and complete to the best of the contractor's knowledge and belief, and

(3) The amount requested accurately reflects the contract adjustment for which the contractor believes AAFES is liable.

e. The claim must be executed by an individual with authority to bind the contractor.

f. The contracting officer will mail or otherwise furnish a written decision in response to a contractor claim, within the time periods specified by law. Such decision will be final and conclusive unless:

(1) Within 90 calendar days from the date of contractor's receipt of the final decision the contractor appeals the decision to the Armed Services Board of Contract appeals (ASBCA), or

(2) Within 12 months from the date of contractor's receipt of the final decision the contractor brings an action in the United States Court of Federal Claims.

g. Pending final resolution of any request for relief, claim, appeal, or action arising under or relating to this contract, contractor will proceed diligently with the performance of this contract and will comply with the contracting officer's decisions.

h. Submission of false claims to AAFES is a violation of federal law and may result in civil and/or criminal penalties. If contractor cannot support all or part of its claim as a result of fraud or misrepresentation of fact, then in addition to other remedies or penalties provided for by law, contractor will pay AAFES an amount equal to the unsupported part of the claim and all AAFES' costs attributable to reviewing that part of the claim.

12. **NON-WAIVER OF DEFAULTS (MAY 89).** Any failure by AAFES at any time, or from time to time, to enforce or require strict performance of any terms or conditions of this contract will not constitute waiver thereof and will not affect or impair such terms and conditions in any way or AAFES' right at any time to avail itself of such remedies as it may have for breach or breaches of such terms and conditions.

13. **ADVERTISEMENTS (MAY 89).** The contractor will not represent in any manner, expressly or by implication, that products purchased under this contract are approved or endorsed by any element of the United States Government. Any advertisement, including cents off coupons, by the contractor which refers to AAFES will contain a statement that the advertisement was neither paid for nor sponsored, in whole or in part, by AAFES.

14. **EXAMINATION OF RECORDS (MAR 94).**

a. This clause is applicable if the amount of this contract exceeds $10,000 and the contract was entered into by means of negotiation. The contractor agrees that the contracting officer (CO) or CO duly authorized representative shall have the right to examine and audit the books and records of the contractor directly pertaining to the contract during the period of the contract and until the expiration of three years after final payment under the contract.

b. The contractor agrees to include clause "a" in all subcontracts hereunder which exceed $10,000.

15. **CONTRACTOR PERSONNEL AND REPRESENTATIVES (JAN 94).**

a. Contractor will discontinue the use of any individual for performance of this contract in exchange facilities upon written notice from the contracting officer that the individual is not (or no longer) acceptable for performance under this contract. Contractor will not use any such person to perform other AAFES contracts without the prior written consent of the applicable contracting officer.

b. Contractor will not employ for performance in exchange facilities any individual under this contract who has been determined unacceptable for performance under any other AAFES contract without the prior written consent of the contracting officer.

c. Contractor personnel will abide by applicable regulations and directives and conduct themselves so as not to reflect discredit on AAFES.

d. Contractor will not represent itself to be an agent or representative of AAFES, or any other agency or instrumentality of the United States.

16. **ENVIRONMENTAL PROTECTION (MAR 94).**

a. This clause shall apply to any contract in excess of $100,000, and indefinite quantity contracts estimated to exceed $100,000 in one year; however, it shall not apply to use of facilities located outside the United States or to contracts otherwise exempt in accordance with 40 CFR Part 15.

b. Unless this contract is exempt, by acceptance of this contract, contractor (and, where appropriate, subcontractor) stipulates:

(1) that any facility to be utilized in the performance of any nonexempt contract or subcontract is not listed on the EPA List of Violating Facilities as of the date of contract award;

(2) its agreement to comply with all requirements of Section 114 of the Air Act and Section 308 of the Water Act relating to inspection, monitoring, entry, reports, and information, as well as all other requirements specified in sections 114 and 308 of the Air Act and the Water Act, respectively, and all regulations and guidelines issued thereunder;

(3) that as a condition of award of contract, contractor shall promptly notify the contracting officer of the receipt of any communication from the Director, Office of Federal Activities, U.S. Environmental Protection Agency, or delegatee, indicating that a facility to be utilized for the contract is under consideration to be listed on the EPA List of Violating Facilities;

(4) its agreement to include the criteria and requirements in subparagraphs (1) through (4) in every nonexempt subcontract, and to take such actions the Government may direct as a means of enforcing such provisions.

17. **CONTRACTOR LIABILITY - SERVICES (MAR 94).**

a. Except as set out specifically elsewhere in the contract, contractor will be liable for costs to AAFES and/or other agencies of the United States associated with termination for default as follows:

(1) Incidental damages, including expenses reasonably incurred in connection with repurchase of the service and any other reasonable expense incident to the breach.

(2) Consequential damages including, but not limited to, lost fees resulting from lapses in service, unscheduled facility closures, sales declines, lower fees received on repurchase, and injury to person or property proximately resulting from any breach of warranty.

b. Contractor will not be liable for incidental or consequential damages if the failure to perform arises out of causes beyond the control and without the fault or negligence of the contractor. Such causes may include, but are not restricted to, acts of God or of the public enemy, acts of the government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, and unusually severe weather; but in every case the failure to perform must be beyond the control and without the fault or negligence of the contractor. In such case contractor must provide prompt written notice to the contracting officer; the contracting officer, at his option may accept late, partial or substituted performance, or may terminate the contract in whole or in part effective immediately upon receipt of written notice by contractor.

18. **DRUG-FREE WORKPLACE (AUG 92).** Contractor agrees to make a good faith effort to establish and maintain a drug-free workplace in connection with the performance of this contract. Consistent with the size and organization of its work force, contractor may wish to consider taking the following or other appropriate actions in establishing a drug-free workplace: publicizing a drug-free workplace policy, initiating an employee drug awareness program or encouraging participation in existing community/installation programs and informing employees of the general availability of drug counseling programs.

19. **RESTRICTIONS ON PURCHASES OF FOREIGN GOODS (AUG 95).**

a. Contractor will not acquire for use in the performance of this contract any merchandise, equipment, supplies or services originating from, processed in, or transported from or through, the countries prohibited from commerce by the United States Government. A current list of prohibited countries is available from the

contracting officer. This restrictio shall include merchandise, equipment, supplies or services from any other country that is restricted by law, regulation or executive order at any time during performance of the contract.

b. Contractor agrees to insert the provisions of this clause, including this paragraph, in its subcontracts.

20. **YEAR 2000 COMPLIANT (APR 98).**

a. All computer hardware, software, and firmware products used in the performance of this contract, individually or in combination, must be Year-2000 Compliant. Year-2000 Compliant means that the information technology used will accurately process date and date-related data (including, but is not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first century, the years 1999, 2000 and 2001, and all leap year calculations.

b. Failure to perform this contract due to the use of information technology that is not Year-2000 Compliant will not be considered to be beyond the control and without the fault or negligence of the contractor. In the event of problems in recognition, calculation, indication of a century, the contractor will promptly make all adjustments necessary, at no cost to AAFES, to ensure that their systems are Year-2000 Compliant.

21. **PAYMENT BY ELECTRONIC FUNDS TRANSFER (OCT 98).** The following will apply for all payments made by AAFES to the contractor under the terms of this contract.

a. Method of payment.

(1) All payments by AAFES under this contract shall be made by electronic funds transfer (EFT). The term ``EFT" refers to the funds transfer and may also include the payment information transfer.

(2) If AAFES is unable to release payment by EFT, the Contractor agrees to either (I) accept payment by check or some other mutually agreeable method of payment, or (ii) request AAFES to extend the payment due date until such time as AAFES can make payment by EFT.

b. AAFES shall make payment to the Contractor using the EFT information provided by the contractor. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to AAFES, not less than thirty days prior to the effective date.

c. If the Contractor's EFT information in the AAFES database is incorrect AAFES need not make payment to the Contractor under this contract until correct EFT information is entered into the AAFES database; and any invoice shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract.

d. If the Contractor has identified multiple payment receiving points in the AAFES database, and the Contractor has not notified AAFES of the payment receiving point applicable to this contract, AAFES shall make payment to the first payment receiving point listed in the AAFES database.

e. The payment or disbursing office shall forward to the Contractor available payment information. AAFES shall send the payment information to the remittance address contained in the AAFES database.

# EXHIBIT B
## LABOR PROVISIONS
## Contract for Services (with SCA) - April 98

1. **EQUAL EMPLOYMENT OPPORTUNITY.**

a. The contractor agrees to comply with regulations of the Department of labor contained in 41, Code of Federal Regulations, 60, which are incorporated herein by reference.

b. A contract award in the amount of $10,000,000 or more will not be made unless the contractor, and each first-tier subcontractor which will receive a subcontract of $10,000,000 or more, are found on the basis of a review to be in compliance with the Equal Employment Opportunity regulations of the Department of Labor.

2. **CONTRACT WORK HOURS AND SAFETY STANDARDS ACT.** (Applicable to contracts for services performed in the United States, any U.S. territory, or the District of Columbia.) The following clause is applicable to concession, agency, and vending machine contracts where the total gross receipts from sales or services under the contract will exceed $2,500 and to management and direct service contracts where total payments to the contractor will exceed $2,500. This contract to the extent that it is of the character to which the Contract Work Hours and Safety Standards Act, 40 USC 327, applies, is subject to all applicable provisions of the Act and the regulations of the Secretary of Labor thereunder (29 CFR 5).

a. Overtime Requirements: No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any laborer or mechanic in any workweek to work in excess of 40 hours in such workweek on work subject to the provisions of the Contract Work Hours and Safety Standards Act unless such laborer or mechanic receives such compensation at a rate not less than one and one-half times his basic rate of pay for all such hours worked in excess of 40 hours in such workweek.

b. Violation; liability for unpaid wages; liquidated damages: In the event of any violations of provisions of paragraph a., the contractor and any subcontractor responsible therefor shall be liable to any affected employee for his unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States for liquidated damages. Such liquidated damages shall be completed with respect to each individual laborer or mechanic employed in violation of the provisions of paragraph a. in the sum of $10 for each calendar day on which such employee was required or permitted to be employed on such work in excess of his standard workweek of 40 hours without payment of the overtime wages required by paragraph a.

c. Withholding for unpaid wages and liquidated damages: The contracting officer may withhold from the contractor from any monies payable on account of work performed by the contractor or subcontractor such sums as may administratively be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the provisions of paragraph b.

d. Subcontracts: The contractor shall insert paragraphs a. through d. of this clause in all subcontracts and shall require their inclusion in all subcontracts of any tier.

e. Records: The contractor shall maintain payroll records containing the information specified in 29 CFR 516.2(a). Such records shall be preserved for 3 years from the completion of the contract.

3. **AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA.** If this contract equals or exceeds $10,000, and is not otherwise exempt, the contractor agrees to comply with the

regulations of the Department of Labor and the Office of Federal Contract Compliance Program, and the Affirmative Action clause as set out in 41 CFR Part 60-250, which are incorporated herein by reference.

4. **AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS.** If the contract amounts equals or exceeds $2,500 and is not otherwise exempt, the contractor agrees to comply with the regulations of the Department of Labor and the Affirmative Action clause as set forth in 41 CFR Part 60-741, which are incorporated herein by reference.

5. **CONVICT LABOR (MAY 1989).** In connection with the performance of work under this contract, the contractor agrees not to employ any person undergoing sentence of imprisonment except as provided by Public Law 89-176, September 10, 1965 (18 USC 4082(c)(2)) and Executive Order 11755, December 29, 1973, as amended by Executive Order 12608, September 9, 1987.

6. **SERVICE CONTRACT ACT.** (Applicable to Contracts of $2,500 or less.) Except to the extent that an exemption, variation or tolerance would apply if this were a contract in excess of $2,500, the contractor and any subcontractor hereunder shall pay all of his employees engaged in performing work on the contract not less than the minimum wage specified under Section 6(a)(1) of the Fair Labor Standards Act of 1938, as amended. Regulations and interpretations of the Service Contract Act of 1965, as amended, are contained in 29 CFR Part 4.

7. **SERVICE CONTRACT ACT OF 1965 AS AMENDED.**

a. This contract is subject to the Service Contract Act of 1965, as amended (41 U.S.C. 351 et seq.) and is subject to the following provisions and to all other applicable provisions of the Act and regulations of the Secretary of Labor issued thereunder (29 CFR Part 4).

b. (1) Each service employee employed in the performance of this contract by the contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this contract.

(2) (a) If there is such a wage determination attached to this contract, the contracting officer shall require that any class of service employee which is not listed therein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed class of employees shall be paid the monetary wages and furnished the fringe benefits as are determined pursuant to the procedures in this section. (The information collection requirements contained in the following paragraphs of this section have been approved by the Office of Management and Budget under OMB control number 1215-0150.)

(b) Such conforming procedure shall be initiated by the contractor prior to the performance of contract work by such unlisted class of employee. A written report of the proposed conforming action, including information regarding the agreement or disagreement of the authorized representative of the employees involved or, where there is no authorized representative, the employees themselves, shall be submitted by the contractor to the contracting officer no later than 30 days after such unlisted class of employees performs any contract work. The contracting officer shall review the proposed action and promptly submit a report of the action, together with the agency's recommendation and all pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. The Wage and Hour Division will approve, modify, or disapprove the action or

render a final determination in the event of disagreement within 30 days of receipt or will notify the contracting officer within 30 days of receipt that additional time is necessary.

(c) The final determination of the conformance action by the Wage and Hour Division shall be transmitted to the contracting officer who shall promptly notify the contractor of the action taken. Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination.

(d) ((1)) The process of establishing wage and fringe benefit rates that bear a reasonable relationship to those listed in a wage determination cannot be reduced to any single formula. The approach used may vary from wage determination to wage determination depending on the circumstances. Standard wage and salary administration practices which rank various job classifications by pay grade pursuant to point schemes or other job factors may, for example, be relied upon. Guidance may also be obtained from the way different jobs are rated under Federal pay systems (Federal Wage Board Pay System and the General Schedule) or from other wage determinations issued in the same locality. Basic to the establishment of any conformable wage rate(s) is the concept that a pay relationship should be maintained between job classifications based on the skill required and the duties performed.

((2)) In the case of a contract modification, an exercise of an option or extension of an existing contract, or in any other case where a contractor succeeds a contract under which the classification in question was previously conformed pursuant to this section, a new conformed wage rate and fringe benefits may be assigned to such conformed classification by indexing (i.e., adjusting) the previous conformed rate and fringe benefits by an amount equal to the average (mean) percentage increase (or decrease, where appropriate) between the wages and fringe benefits specified for all classifications to be used on the contract which are listed in the current wage determination, and those specified for the corresponding classifications in the previously applicable wage determination. Where conforming actions are accomplished in accordance with this paragraph prior to the performance of contract work by the unlisted class of employees, the contractor shall advise the contracting officer of the action taken but the other procedures in paragraph b(2)(b) of this section need not be followed.

((3)) No employee engaged in performing work on this contract shall in any event be paid less than the currently applicable minimum wage specified under section 6(a)(1) of the Fair Labor Standards Act of 1938, as amended.

(e) The wage rate and fringe benefits finally determined pursuant to paragraphs b(2)(a) and (b) of this section shall be paid to all employees performing in the classification from the first day on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or finally determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.

(f) Upon discovery of failure to comply with paragraphs b(2)(a) through (e) of this section, the Wage and Hour Division shall make a final determination of conformed classification, wage rate, and/or fringe benefits which shall be retroactive to the date such class of employees commenced contract work.

(3) If, as authorized pursuant to section 4(d) of the Service Contract Act of 1965 as amended, the term of this contract is more than 1 year, the minimum monetary wages and fringe benefits required to be paid or furnished thereunder to service employees shall be subject to adjustment after 1 year and not less often than once every 2 years, pursuant to wage determinations to be issued by the Wage and Hour Division, Employment Standards Administration of the Department of Labor as provided in such Act.

c. The contractor or subcontractor may discharge the obligation to furnish fringe benefits specified in the attachment or determined conformably thereto by furnishing any equivalent combinations of bona fide fringe benefits, or by making equivalent or differential payments in cash in accordance with the applicable rules set forth in Subpart D of 29 CFR Part 4, and not otherwise.

d. (1) In the absence of a minimum wage attachment for this contract, neither the contractor nor any subcontractor under this contract shall pay any person performing work under the contract (regardless of whether they are service employees) less than the minimum wage specified by section 6(a)(1) of the Fair Labor Standards Act of 1938. Nothing in this provision shall relieve the contractor or any subcontractor of any other obligation under law or contract for the payment of a higher wage to any employee.

(2) If this contract succeeds a contract, subject to the Service Contract Act of 1965 as amended, under which substantially the same services were furnished in the same locality and service employees were paid wage and fringe benefits provided for in a collective bargaining agreement, in the absence of the minimum wage attachment for this contract setting forth such collectively bargained wages rates and fringe benefits, neither the contractor nor any subcontractor under this contract shall pay any service employee performing any of the contract work (regardless of whether or not such employee was employed under the predecessor contract), less than the wages and fringe benefits provided for in such collective bargaining agreements, to which such employee would have been entitled if employed under the predecessor contract, including accrued wages and fringe benefits and any prospective increases in wages and fringe benefits provided for under such agreement. No contractor or subcontractor under this contract may be relieved of the foregoing obligation unless the limitations of Section 4.1b(b) of 29 CFR Part 4 apply or unless the Secretary of Labor or his authorized representative finds, after a hearing as provided in Section 4.10 of 29 CFR Part 4 that the wages and/or fringe benefits provided for in such agreement are substantially at variance with those which prevail for services of a character similar in the locality, or determines, as provided in Section 4.11 of 29 CFR Part 4, that the collective bargaining agreement applicable to service employees employed under the predecessor contract was not entered into as a result of arm's-length negotiations. Where it is found in accordance with the review procedures provided in 29 CFR 4.10 and/or 4.11 and Parts 6 and 8 that some or all of the wages and/or fringe benefits contained in a predecessor contractor's collective bargaining agreement are substantially at variance with those which prevail for services of a character similar in the locality, and/or that the collective bargaining agreement applicable to service employees employed under the predecessor contract was not entered into as a result of arm's-length negotiations, the Department will issue a new or revised wage determination setting forth the applicable wage rates and fringe benefits. Such determination shall be made part of the contract or subcontract, in accordance with the decision of the Administrator, the Administrative Law Judge, or the Board of Service Contract Appeals, as the case may be, irrespective of whether such issuance occurs prior to or after the award of a contract or subcontract. 53 Comp. Gen. 401 (1973). In the case of a wage determination issued solely as a result of a finding of substantial variance, such determination shall be effective as a date of the final administrative decision.

e. The contractor and any subcontractor under this contract shall notify each service employee commencing work on this contract of the minimum monetary wage and any fringe benefits required to be paid pursuant to this contract, or shall post the wage determination attached to this contract. The poster provided by the Department of Labor (Publication WH1313) shall be posted in a prominent and accessible place at the worksite. Failure to comply with this requirement is a violation of section 2(a)(4) of the Act and of this contract. (Approved by the Office of Management and Budget under OMB control number 1215-0150.)

f. The contractor or subcontractor shall not permit any part of the services called for by this contract to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the contractor or subcontractor which are unsanitary or hazardous or dangerous to the health or safety of service employees engaged to furnish these services, and the contractor or subcontractor shall comply with the safety and health standards applied under 29 CFR Part 1925.

g. (1) The contractor and each subcontractor performing work subject to the Act shall make and maintain for 3 years from the completion of the work records containing the information specified in paragraphs g.(1)(a) through (f) of this section for each employee subject to the Act and shall make them available for inspection and transcription by authorized representatives of the Wage and Hour Division, Employment Standards Administration of the U.S. Department of Labor. (Sections 7.g.(1)(a) through (d) approved by the Office of Management and Budget under OMB control number 1215-0017 and sections 7.g.(1)(e) and (f) approved under OMB control number 1215-0150):

(a) Name and address and social security number of each employee.

(b) The correct work classification or classifications, rate or rates of monetary wages paid and fringe benefits provided, rate or rates of fringe benefit payments in lieu thereof, and total daily and weekly compensation of each employee.

(c) The number of daily and weekly hours so worked by each employee.

(d) Any deductions, rebates, or refunds from the total daily and weekly compensation of each employee.

(e) A list of monetary wages and fringe benefits for those classes of service employees not included in the wage determination attached to this contract but for which such wage rates or fringe benefits have been determined by the interested parties or by the Administrator or authorized representative pursuant to the labor standards clause in paragraph b of this section. A copy of the report required by the clause in paragraph b.(2)(b) of this section shall be deemed to be such a list.

(f) Any list of the predecessor contractor's employees which had been furnished to the contractor pursuant to Section 4.6(1)(2).

(2) The contractor shall also make available a copy of this contract for inspection or transcription by authorized representatives of the Wage and Hour Division.

(3) Failure to make and maintain or to make available such records for inspection and transcription shall be a violation of the regulations and this contract, and in the case of failure to produce such records, the contracting officer, upon direction of the Department of Labor and notification of the contractor, shall take action to cause suspension of any further payment or advance of funds until such violation ceases.

(4) The contractor shall permit authorized representatives of the Wage and Hour Division to conduct interviews with employees at the worksite during normal working hours.

h. The contractor shall unconditionally pay to each employee subject to the Act all wages due free and clear and without subsequent deduction (except as otherwise provided by law or Regulations, 29 CFR Part 4), rebate, or kickback on any account. Such payments shall be made no later than one pay period following the end of the regular pay period in which such wages were earned or accrued. A pay period under this Act may not be of any duration longer than semi-monthly.

i. The contracting officer shall withhold or cause to be withheld from the AAFES prime contractor under this or any other Government contract with the contractor such sums as an appropriate official of the Department of Labor requests or such sums as the contracting officer decides may be necessary to pay underpaid employees employed by the contractor or subcontractor. In the event of failure to pay any employees subject to the Act all or part of the wages or fringe benefits due under the Act, the agency may,

after authorization or by direction of the Department of Labor and written notification to the contractor, take action to cause suspension of any further payment or advance of funds until such violations have creased. Additionally, any failure to comply with the requirements of these clauses relating to the Service Contract Act of 1965, may be grounds for termination of the right to proceed with the contract work. In such event, AAFES may enter into other contracts or agreements for completion of the work, charging the contractor in default with any additional cost.

j. The contractor agrees to insert these clauses in this section relating to the Service Contract Act of 1965 in all subcontracts subject to the Act. The term "contractor" as used in these clauses in any subcontract, shall be deemed to refer to the subcontractor, except in the term "AAFES prime contractor."

k. (1) As used in these clauses, the term "service employee" means any person engaged in the performance of this contract other than any person employed in a bona fide executive, administrative, or professional capacity, as those terms are defined in Part 541 of Title 29, Code of Federal Regulations, as of July 30, 1976, and any subsequent revision of those regulations. The term "service employee" includes all such persons regardless of any contractual relationship that may be alleged to exist between a contractor or subcontractor and such persons.

(2) The classes of service employees expected to be employed under this contract with AAFES are identified on an attachment to these Labor Provisions. Such employees would be subject, if employed by AAFES, to the pay scales established by AAFES and would be paid not less than the wage rates and fringe benefits shown on the attachment.

l. (1) If wages to be paid or fringe benefits to be furnished any service employees employed by the AAFES prime contractor or any subcontractor under the contract are provided for in a collective bargaining agreement which is or will be effective during any period in which the contract is being performed, the AAFES prime contractor shall report such fact to the contracting officer, together with full information as to the applicable and accrual of such wages and fringe benefits, including any prospective increases, to service employees engaged in work on the contract, and a copy of the collective bargaining agreement. Such report shall be made upon commencing performance of the contract, in the case of collective bargaining agreements effective at such time, and in the case of such agreements or provisions or amendments thereof effective at a later time during the period of contract performance, such agreements shall be reported promptly after negotiation thereof. (Approved by the Office of Management and Budget under OMB control number 1215-0150.)

(2) Not less than 10 days prior to completion of any contract being performed at a Federal facility where service employees may be retained in the performance of the succeeding contract and subject to a wage determination which contains vacations or other benefit provisions based upon length of service with a contractor (predecessor) or successor (Section 4.173 of Regulations, 29 CFR Part 4), the incumbent prime contractor shall furnish to the contracting officer a certified list of the names of all service employees on the contractor's or subcontractor's payroll during the last month of contract performance. Such list shall also contain anniversary dates of employment on the contract either with the current or predecessor contractors of each such service employee. The contracting officer shall turn over such list to the successor contractor at the commencement of the succeeding contract. (Approved by the Office of Management and Budget under OMB control number 1215-0150.)

m. Rulings and interpretations of the Service Contract Act of 1965, as amended, are contained in Regulations, 29 CFR Part 4.

n. (1) By entering into this contract, the contractor (and officials thereof) certifies that neither it (nor he or she) nor any person or firm who has a substantial interest in the contractor's firm is a person or firm

ineligible to be awarded Government contracts by virtue of the sanctions imposed pursuant to section 5 of the Act.

(2) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract pursuant to section 5 of the Act.

(3) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

o. Notwithstanding any of the clauses in paragraphs b. through m. of this section relating to the Service Contract Act of 1965, the following employees may be employed in accordance with the following variations, tolerances, and exemptions, which the Secretary of Labor, pursuant to section 4(b) of the Act prior to its amendment by Pub. L. 92-473, found to be necessary and proper in the public interest or to avoid serious impairment of the conduct of Government business:

(1) Apprentices, student-learners, and workers whose earning capacity is impaired by age, physical, or mental deficiency or injury may be employed at wages lower than the minimum wages otherwise required by section 2(a)(1) or 2(b)(1) of the Service Contract Act without diminishing any fringe benefits or cash payments in lieu thereof required under section 2(a)(2) of that Act, in accordance with the conditions and procedures prescribed for the employment of apprentices, student-learners, handicapped persons, and handicapped clients of sheltered workshops under section 14 of the Fair Labor Standards Act of 1938, in the regulations issued by the Administrator (29 CFR Parts 520, 521, 524, and 525).

(2) The Administrator will issue certificates under the Service Contract Act for the employment of apprentices, student-learners, handicapped persons, or handicapped clients of sheltered workshops not subject to the Fair Labor Standards Act of 1938, or subject to different minimum rates of pay under the two acts, authorizing appropriate rates of minimum wages (but without changing requirements concerning fringe benefits or supplementary cash payments in lieu thereof), applying procedures prescribed by the applicable regulations issued under the Fair Labor Standards Act of 1938 (29 CFR Parts 520, 521, 524, and 525).

(3) The Administrator will also withdraw, annul, or cancel such certificates in accordance with the regulations in Parts 525 and 528 of Title 29 of the Code of Federal Regulations.

p. Apprentices will be permitted to work at less than the predetermined rate for the work they perform when they are employed and individually registered in a bona fide apprenticeship program registered with a State Apprenticeship Agency which is recognized by the U.S. Department of Labor, or if no such recognized agency exists in a State, under a program registered with the Bureau of Apprenticeship and Training, Employment and Training Administration, U.S. Department of Labor. Any employee who is not registered as an apprentice in an approved program shall be paid the wage rate and fringe benefits contained in the applicable wage determination for the journeyman classification of work actually performed. The wage rates paid apprentices shall not be less than the wage rate for their level of progress set forth in the registered program, expressed as the appropriate percentage of the journeyman's rate contained in the applicable wage determination. The allowable ratio of apprentices to journeymen employed on the contract work in any craft classification shall not be greater than the ratio permitted to the contractor as to his entire work force under the registered program.

q. An employee engaged in an occupation in which he or she customarily and regularly receives more than $30 a month in tips may have the amount of tips credited by the employer against the minimum wage required by section 2(a)(1) or section 2(b)(1) of the Act in accordance with section 3(m) of the Fair Labor Standards Act and Regulations, 29 CFR Part 531: Provided, however, that the amount of such credit may not exceed $1.24 per hour beginning January 1, 1980, and $1.34 per hour after December 31, 1980. To utilize this proviso:

(1) The employer must inform tipped employees about this tip credit allowance before the credit is utilized;

(2) The employees must be allowed to retain all tips (individually or through a pooling arrangement and regardless of whether the employer elects to take a credit for tips received);

(3) The employer must be able to show by records that the employee receives at least the applicable Service Contract Act minimum wage through the combination of direct wages and tip credit (approved by the Office of Management and Budget under OMB control number 1215-0017);

(4) The use of such tip credit must have been permitted under any predecessor collective bargaining agreement applicable by virtue of section 4(c) of the Act.

r. Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 4, 6, and 8. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

## ARMY AND AIR FORCE EXCHANGE SERVICE

## EMPLOYEE CLASSIFICATIONS

This statement of equivalent AAFES rates is required to be made by AAFES in accordance with Section 2(a)(5) of the Service Contract Act, but a successful offeror under this solicitation is not required to pay the rates set forth on this page. The contractor is required to pay rates in accordance with any applicable currently effective wage determination from the Department of Labor made part of this contract. The following classes of service employees would be utilized by AAFES if the activity were a direct operation of AAFES.

INFORMATION ONLY

| Job Classification | Hourly Wages |
|---|---|
| Merchandise Coupon Sorter (General Clerk) | $6.88 |

## FRINGE BENEFITS

Life, accident and health insurance, sick leave programs, and retirement are 29.09 percent of basic hourly rates.

Holidays: New Year's Day, Martin Luther King's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, Christmas Day.

Paid Vacation: 2 hours of annual leave each week for an employee of less than 3 years of service; 3 hours of annual leave each week for an employee with 3 but less than 15 years of service; 4 hours of annual leave each week for an employee with 15 or more years of service.