# In the United States Court of Federal Claims

No. 08-70 C

(E-Filed: August 26, 2008)

| | |
|---|---|
| INTERNATIONAL OUTSOURCING SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Reconsideration (defendant's Motion), filed August 22, 2008. If plaintiff wishes to respond, plaintiff shall file their response to defendant's Motion on or before Friday, September 5, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge