# In the United States Court of Federal Claims

No. 08-70 C

(E-Filed: September 8, 2008)

INTERNATIONAL OUTSOURCING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Response to the Government's Motion For Reconsideration, and Request For Related Relief (plaintiff's Response or Pl.'s Resp.), filed September 5, 2008. The clerk of the court notified the court of a deficiency in plaintiff's Response, stating that an additional entry should have been made for plaintiff's request for related relief. Notwithstanding the deficiency, the court will accept plaintiff's Response as filed.

Under Rule 59(b) of the Rules of the United States Court of Federal Claims (RCFC) a response to a motion for reconsideration may not be filed "unless requested by the court." The court requested a response to defendant's Motion for Reconsideration on August 26, 2008. Order of Aug. 26, 2008. Ordinarily replies are not filed, but given the nature of plaintiff's Response, defendant may, if it wishes, file a reply to plaintiff's Response on or before September 12, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge