**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INTERNATIONAL OUTSOURCING SERVICES, LLC** | |
| **Plaintiff,** | **Case No. 08 - 70 C** **(Judge Hewitt)** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff International Outsourcing Services, LLC ("IOS") pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, hereby supplements its disclosure statement to reflect changes since IOS' original certification was filed on January 31, 2008. IOS' January 31 Rule 7.1 certification disclosed the ownership interests in IOS of BICO, Inc., a privately held corporation, and SuperValu, Inc., a publicly-traded corporation. Both BICO and SuperValu have now ended their ownership interests in IOS. Therefore, no publicly-held corporation owns 10% or more of IOS stock. Indiana Data, Inc., a privately-held Indiana Corporation, is now IOS' sole owner, and the IOS name has been changed to HighQBPO, LLC.

Respectfully submitted,

/s/ David T. Hickey
DAVID T. HICKEY
Greenberg Traurig
2101 L Street, N.W.
Washington, D.C. 20005
(202) 331-3100
Counsel for Plaintiff
International Outsourcing Services, Inc.